Case MDL No. 2074   Document 25   Filed 08/31/09   Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 31, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: WELLPOINT, INC., OUT-OF-NETWORK
"UCR" RATES LITIGATION

| | |
|---|---|
| American Podiatric Medical Association, et al. v. WellPoint, Inc.,   ) | |
|     E.D. California, C.A. No. 2:09-1740                               ) | MDL No. 2074 |
| Harold S. Bernard, Ph.D. v. WellPoint, Inc.,                          ) | |
|     S.D. New York, C.A. No. 1:09-6768                                 ) | |

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 19, 2009, the Panel transferred one civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Philip S. Gutierrez.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Gutierrez.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of August 19, 2009, and, with the consent of that court, assigned to the Honorable Philip S. Gutierrez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel